UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| FREDY LANZA and LORENZO ROMERO, on behalf of themselves and other persons similarly situated | * * * * * * | CIVIL ACTION NO. 6:16-CV-01348 |
| | * | JUDGE DICK |
| VERSUS | * * * | |
| | * | MAGISTRATE JUDGE HANNA |
| JMA PAINTERS, LLC and JASON THIBODEAUX | * * | |

******************************************************************************

## ORDER

CONSIDERING the Joint Motion for Approval of Settlement Agreement, the civil record of these proceedings, the various status conferences conducted with the parties and having reviewed the Settlement Agreement and Release of Claims ("Agreement") and further considering the approval of the Agreement in the Lawsuit entitled "Osman Maldonado v. New Orleans Millworks, LLC, et al," Civil Action No. 2:17-CV-01015-CJB-MBN, United States District Court, Eastern District of Louisiana (the "Maldonado Lawsuit") and finding there to be a bona fide dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion for Approval of Settlement Agreement be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Settlement Agreement and Release of Claims that was filed as Exhibit "1" with the Motion.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims by the following Plaintiffs and/or Opt-In Plaintiffs against JMA Painters, LLC and Jason Thibodeaux are dismissed, with prejudice: Alex Mena, Lorenzo Romero, Osman Maldonado, Yessica Quintanilla, Luis Alonso Martinez, Rene Baltodano, Yasmin Mitland, Denis Baltodano, Luis Ramos, Nery Mejia, Sandra Pena, Jose Pineda, Pablo Acosta, Bequer Trochez, Juan Ortega, Carlos Antonio Juarez, Miguel Lozano, Olvin Lozano, Hector Ramon Lazo, Johanna Nieves, Christian Huerta, Oscar Herrera, Nerlin Sosa and Luis Abdul-Mena.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims by the following Opt-Out Plaintiffs are dismissed against JMA Painters, LLC and Jason Thibodeaux without prejudice: Josue Nunez and Jose Hernandez. Opt-out Plaintiffs shall have thirty days from the date of this Order to file new lawsuits, if they so desire. If they file new lawsuits within thirty (30) days of the date of this Order, there will be no effect on the statute of limitations on their claims in accordance with the terms of the Agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this case shall be closed with the Court retaining jurisdiction over settlement.

THUS DONE AND SIGNED on this  13th  day of  December , 2018, in  Baton Rouge , Louisiana.

_Shelly D. Dick_
UNITED STATES JUDGE