# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

FREDY LANZA, ET AL.                                CIVIL ACTION

VERSUS

16-1348-SDD-PJH

J M A PAINTERS, LLC, ET AL.

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Patrick J. Hanna dated November 8, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Approval of Settlement Agreement*[3] is GRANTED and this matter is hereby dismissed in its entirety.

Signed in Baton Rouge, Louisiana on December 13, 2018.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 60.
[2] Rec. Doc. 61.
[3] Rec. Doc. 60.